# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CARL STEVENSON, ) | |
| ) | |
| Petitioner, ) | No. CV 10-5981-MMM (AJW) |
| ) | |
| vs. ) | |
| ) | JUDGMENT |
| KERN VALLEY STATE PRISON, ) | |
| ) | |
| Respondent. ) | |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: October 25, 2010

Margaret M. Morrow
United States District Judge